MARILYN RAIA (SBN 072320)
JUDITH A. WHITEHOUSE (SBN 198176)
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
Email: marilyn.raia@bullivant.com
judith.whitehouse@bullivant.com

JS-6

Attorneys for Defendants
KEN HAMANAKA CO., INC. and
CROSSWINDS INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION – SANTA ANA COURTHOUSE

| | |
|---|---|
| RMC ENERGY GROUP, LLC, a Missouri limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KEN HAMANAKA CO., INC., a California corporation; CROSSWINDS INTERNATIONAL, INC., a California corporation; and DOES 1-10,<br><br>Defendants. | Case No. CV 10-1645-JST (FFMx)<br><br>**ORDER RE DISMISSAL** |

Having reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear its own recoverable costs pursuant to 28 U.S.C. §1920.

DATED: November __10__, 2010

JOSEPHINE STATON TUCKER
_____
The Hon. Josephine Staton Tucker
U.S. District Court Judge

12910321.1

– 1 –
[PROPOSED] ORDER RE DISMISSAL – Case No. CV 10-1645 JST(FFMx)